IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DEVIN BRANDIS PUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:25cv16-MHT |
| ) | (WO) |
| BARBOUR COUNTY, ALABAMA, ) | |
| ) | |
| Defendant. ) | |

OPINION

Plaintiff filed this case asserting that the defendant county violated his rights under the Americans with Disabilities Act, Title VI of the Civil Rights Act of 1964, and the Equal Protection Clause of the Fourteenth Amendment due to its lack of an adequate public transportation system.  This case is before the court on the recommendation of the United States Magistrate Judge that this action be dismissed for failure to comply with court orders and failure to prosecute this case.  There are no objections to the recommendation.  After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of August, 2025.

                     /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE